IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS LOAIZA-MARQUEZ,<br><br>Defendant. | Case No. CR24-362-WLH<br><br>ORDER OF DETENTION |
|---|---|

I.

On August 16, 2024, Defendant Jesus Loaiza-Marquez, assisted by a Spanish language interpreter, made his initial appearance on the Indictment filed in this case. Karen Goldstein, a member of the Indigent Defense Panel, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Joshua Lee. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered the report and recommendation prepared by United States Probation and Pretrial Services.

### IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Background information is unverified
- ☒ Defendant attempted to flee during his arrest and on a prior occasion, fled from an attempted traffic stop
- ☒ Defendant has two California Drivers Licenses with different addresses that do not match his reported residence
- ☒ Allegations in the Indictment
- ☒ Defendant does not have any legal status in the United States and is a citizen of Mexico
- ☒ Defendant has family members in Mexico and Germany

As to danger to the community:

- ☒ Allegations in the Indictment
- ☒ Admitted drug use

### V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any

2

attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 16, 2024

             /s/
           ALKA SAGAR
      UNITED STATES MAGISTRATE JUDGE